# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-1575
LT Case No. 2020-31478-CICI

_____

GEORGE GOODWINE,

   Appellant,

   v.

VAN LEE ASSOCIATION, INC. and
RITA GOODWINE,

   Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dennis Craig, Judge.

George Goodwine, Ormond Beach, pro se.

Joel Martin McTague, of Frank, Weinberg, & Black, P.L.,
Plantation, for Appellee, Van Lee Association, Inc.

No Appearance for Appellee, Rita Goodwine.

June 25, 2024

PER CURIAM.

   AFFIRMED.

LAMBERT, EISNAUGLE, and BOATWRIGHT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————